THE STATE EX REL. ASARCO, INC., APPELLEE AND CROSS-
APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO
ET AL., APPELLANTS AND CROSS-APPELLEES.

[Cite as *State ex rel. Asarco, Inc. v. Indus.*
*Comm.* (2001), 91 Ohio St.3d 379.]

(No. 00–1252—Submitted February 27, 2001—Decided April 25, 2001.)

The judgment of the court of appeals is reversed and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Schottenstein, Zox & Dunn Co., L.P.A.,* and *Patrick A. Devine,* for appellee and cross-appellant.

*Betty D. Montgomery,* Attorney General, and *Jacob Dobres,* Assistant Attorney General, for appellant and cross-appellee Industrial Commission of Ohio.

*Philip J. Fulton & Associates* and *William A. Thorman III,* for appellant and cross-appellee Kenneth A. Poland.